STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KEVIN RUBINO (CABN 255677)
MARJA-LIISA OVERBECK (CABN 261707)
LEIF DAUTCH (CABN 283975)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7291
    FAX: (415) 436-7234
    kevin.rubino@usdoj.gov
    mari.overbeck@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 21-CR-00312 YGR |
| Plaintiff, | **SENTENCING MEMORANDUM** |
| v. | Date: March 9, 2023 |
| CHARLES PINEDA, aka "TACO," et al., | Time: 3:30 p.m. |
| Defendant. | Court: Hon. Yvonne Gonzalez Rogers |

## I. INTRODUCTION

The government submits this memorandum in advance of the sentencing of defendant Charles Pineda. Pineda has pled guilty to one count of racketeering conspiracy in violation of 18 U.S.C. § 1962(d) based on his membership in and support for the Norteño street gang San Jose Grande. Pineda pled to the charge in an open plea on September 29, 2022. Dkt. 128. The government respectfully requests that the Court impose a sentence of 46 months followed by five years of supervised release, which is consistent with the recommendation of Probation.

## II. DEFENDANT BACKGROUND

Charles Pineda is a 45-year-old lifelong resident of San Jose. Presentence Report ("PSR") ¶¶ 51–52. He reports a challenging upbringing. *Id.* ¶¶ 52– 57. Both his parents died when he was young, and he was raised by his aunt and uncle, who he claims were both heroin addicts. *Id.* Pineda began using alcohol and drugs at a young age, and by the time he was a teenager he was selling methamphetamine, cocaine, and PCP. *Id.* ¶ 57–58.

Pineda received several misdemeanors as a teenager, and he received his first felony, for first-degree burglary, when he was 20 years old. *Id.* ¶¶ 32–37. His last felony, for selling drugs, was when he was 22 years old, for which he received a sentence of two years in prison—though Pineda has candidly acknowledged that he has dealt drugs since then to support his family. *Id.* ¶ 39. According to Pineda, he had the first in a series of heart attacks when he was in his young 20s, and he claims that he was unable to work and used drug dealing to support himself and his family. *Id.* ¶¶ 58–59

Pineda has 11 children, including nine children who still live with Pineda and his wife. *Id.* ¶ 60. According to documents submitted by Pineda, he is actively involved in his children's lives, several of whom have special needs. *Id.*

Since at least 2016, and likely much earlier, Pineda has been a member of San Jose Grande ("SJG"), a Norteño street gang. *Id.* ¶ 10. SJG is a part of the Santa Clara County Regiment of La Nuestra Familia. *Id.* ¶ 7. SJG members attend regular meetings where gang members discussed the financial proceeds from their criminal activities as well as the payment of "dues" to support the gang. *Id.* Members of SJG are expected to engage in criminal activity for the benefit of the enterprise,

including drug dealing, robbery, and violence.  *Id.*

## III. OFFENSE CONDUCT

As a member of SJG, Pineda has been responsible for trafficking methamphetamine, often in significant quantities.  For example, on August 10, 2017, Pineda sold three ounces of methamphetamine to a confidential source for $1,000.  PSR ¶¶ 12–13.  Pineda and the confidential source met at Pineda's house to make the exchange.  *Id.*  During their recorded conversation, the buyer discussed purchasing larger quantities of methamphetamine more regularly, and Pineda said he could help arrange that.  *Id.*

Pineda told the informant:  "I've got suppliers, just that I pay a little pricey though. . .  I'm just saying, I'm just letting you know though. On the up and up. Like I know I, I pay a little pricey, my work don't ever change.  But I could do, uh, try and tell her mother fucking three and a half."  The informant asked, "Can you do four?"  Pineda replied, "I could tell them, but they charge me thirteen, so, but I'm going to tell her, 'hey come on this is one of my boys he's going to come on the regular so break him a three and a half.'"

Pineda's phone was wiretapped in April and May 2018 and intercepted calls and text messages show that he (with his wife's participation and support) regularly dealt methamphetamine.  *Id.* ¶ 14. For example, on April 30, 2018, Pineda's wife could be heard saying to him that someone named "Joe" wants "a key" explaining that "he was $13 short from an eight-ball, but if he can pay [Pineda] back tomorrow when he [Joe] gets paid."  *Id.*  Pineda replied, "Just give him 2-7."  *Id.*  On May 21, 2018, Pineda received an intercepted text message stating, "It's eddie can I get a teen and I'll pay this Friday after 4 I'll owe $140.00!"  Pineda responded "K."  Two days later, Pineda received another message stating, "It's eddie one last ten and I'll pay you this friday $180.00."  Pineda responded "K."  *Id.*  These are just some examples.

As a member of SJG, Pineda was obligated to pay a portion of his profits from this criminal activity to the gang.  In return, he benefited from the connections and physical protection of his membership in a feared criminal organization.  SJG also disciplines members who cooperate with law enforcement or otherwise violate the rules of the gang.  For example, in 2018, Pineda ordered the assault of an SJG member as punishment for "kicking it" with an underage girl.  *Id*. ¶ 14.

## IV. SENTENCING RECOMMENDATION

The government agrees with Probation's determination that Pineda has a Criminal History Category of III, and an offense level of 27, after acceptance of responsibility. That yields a guidelines calculation of 87 to 108 months. PSR ¶ 72. The government seeks a sentence of 46 months, which is a significant downward variance from the guidelines. The government believes this variance is appropriate to take into account Pineda's difficult upbringing, significant health issues, and important family responsibilities.

But Pineda's crimes are serious. By selling a highly toxic and addictive drug in great quantities, Pineda is spreading misery through the community, for no better reason than easy profits. As a former heavy drug user himself, Pineda knows better than most the harm he is inflicting. Pineda is also spreading violence through the community by actively participating in and supporting a Norteño street gang. And as a senior member of the gang, Pineda encourages and supports the choice of young men in his community to join this criminal lifestyle, perpetuating the cycle of criminality he fell into.

Pineda had an unfortunate childhood but, at the age of 45, its time for him to learn from his past and chart a law-abiding course. One that allows him to be present for his family without harming the community. The government hopes that a meaningful custodial sentence will accomplish what previous convictions have not and provide the encouragement Pineda needs to leave the gang life and drug dealing behind. The government further hopes that this prosecution will send a message to other members of SJG who are still operating on the streets that the potential consequences of this lifestyle are serious.

## V. CONCLUSION

For all these reasons, the government recommends the Court impose a custodial sentence of 46 months, followed by five years of supervised release.

Dated: February 27, 2023

                 /s/
                 KEVIN RUBINO
                 MARJA-LIISA OVERBECK
                 LEIF DAUTCH
                 Assistant United States Attorneys